344

■

132 P.3d 283

**R HAINES et ux**

v.

**GOLDFIELD PROPERTY OWNERS et al.**

No. CV–05–0390–PR.

Supreme Court of Arizona.

April 20, 2006.

FURTHER ORDERED: Petition for Review [Appellee Goldfield] = DENIED.

FURTHER ORDERED: Cross Petition for Review [Appellants/Cross–Appellees Haines et ux] = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.